```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

SABRINA BENNETT,

                Plaintiff,          24-cv-9349 (JGK)

    - against -                ORDER

TIMAC JEROME LLC, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **April 21, 2025.**

SO ORDERED.

Dated:    New York, New York
           April 7, 2025

                                                      John G. Koeltl
                                        United States District Judge